UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **BAILEY & GLASSER LLP, DEREK G. HOWARD LAW FIRM, INC.,**<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>**MCTIGUE LAW LLP, J. BRIAN MCTIGUE,**<br><br>　　　　　Defendants. | Civil Action No. 1:19-cv-11992-PBS |

**Joint Notice**

Plaintiffs Bailey & Glasser LLP and Derek G. Howard Law Firm, Inc. and Defendants McTigue Law LLP and J. Brian McTigue hereby jointly inform the Court that they have reached a settlement in principle of the above Action and executed a confidential term sheet. The Parties request a stay of this action, including the December 19, 2019 scheduling conference, for 21 days, until January 7, 2020, to finalize the settlement and file a joint stipulation of dismissal.

Dated: December 17, 2019

Respectfully submitted,

**Defendant**,
By its attorneys:

*/s/ J. Brian McTigue*
J. Brian McTigue
bmctigue@mctiguelaw.com
**MCTIGUE LAW LLP**
4530 Wisconsin Avenue, NW
Suite 300
Washington D.C. 20016
Telephone: (202) 364-6900
Facsimile: (202) 364-9960

**Plaintiffs**,
By their attorneys:

*/s/ John Roddy*
John Roddy, BBO # 424240
jroddy@baileyglasser.com
Elizabeth Ryan, BBO # 549632
eryan@baileyglasser.com
**BAILEY & GLASSER LLP**
99 High Street, Suite 304
Boston, MA 02110
Telephone: (617) 439-6730
Facsimile: (617) 951-3954

Brian A. Glasser (to be admitted *pro hac vice*)
bglasser@baileyglasser.com
Gregory Y. Porter (to be admitted *pro hac vice*)
gporter@baileyglasser.com
**BAILEY & GLASSER LLP**
1055 Thomas Jefferson Street, NW, Suite 540
Washington, DC 20007
Telephone: (202) 463-2101
Facsimile: (202) 463-2103

Derek G. Howard (to be admitted *pro hac vice*)
derek@derekhowardlaw.com
**DEREK G. HOWARD LAW FIRM, INC.**
42 Miller Avenue
Mill Valley, California 94941
Telephone: (415) 432-7192
Facsimile: (415) 524-2419

**Certificate Of Service**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic File (NEF) on December 17, 2019.

                                  */s/ John Roddy*
                                  John Roddy